1  Stephen L. Newton (#57897)
   Lenell Topol McCallum (#84024)
2  NEWTON REMMEL
   A Professional Corporation
3  1451 Grant Road, P.O. Box 1059
   Mountain View, CA  94042
4  Telephone:  (650) 903-0500
   Facsimile:  (650) 967-5800
5  Email:  snewton@newtonremmel.com
           lmccallum@newtonremmel.com
6
   Attorneys for Defendant
7  VIGILANT INSURANCE COMPANY

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12 | STEVE LEDSON, doing business as            ) Case No.:  CV 12-04275 YGR
   | LEDSON WINERY & VINEYARDS,                 )
13 |                                            ) **STIPULATION AND [PROPOSED]**
   |                                            ) **ORDER RE CONTINUANCE OF CASE**
14 |            Plaintiff,                      ) **MANAGEMENT CONFERENCE AND**
   |                                            ) **REFERRAL TO MAGISTRATE**
15 |     vs.                                    ) **JUDGE FOR SETTLEMENT**
   |                                            ) **CONFERENCE**
16 | VIGILANT INSURANCE COMPANY, a              )
   | New York corporation and DOES 1 through    )
17 | 20,                                        )
   |                                            )
18 |            Defendants.                     )
   |                                            ) Complaint Filed:  July 13, 2012
19 |_____) Trial Date:       Not Set

20      Plaintiff STEVE LEDSON, doing business as LEDSON WINERY & VINEYARDS

21 ("Ledson"), and Defendant VIGILANT INSURANCE COMPANY ("Vigilant"), by and

22 through their undersigned counsel, hereby stipulate as follows:

23      WHEREAS, the initial Case Management Conference is currently set for Monday

24 December 3, 2012;

25      WHEREAS, Ledson and Vigilant desire to attempt to resolve their dispute in a just,

26 timely and cost-effective manner;

27

28
   STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT
   CONFERENCE AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE - 1 -

1   WHEREAS, Ledson and Vigilant have agreed to engage in the informal exchange of

2   documents in order to facilitate an early resolution of this matter;

3   WHEREAS, Ledson and Vigilant prefer to appear before a judicial officer and their

4   counsel believe that a settlement conference will more likely meet their needs than any other

5   form of ADR inasmuch as the parties were unsuccessful in resolving their dispute by private

6   mediation on June 6, 2012, prior to the filing of the complaint herein;

7   WHEREAS, Ledson and Vigilant request that this case be referred to a judicially hosted

8   settlement conference with Magistrate Judge Joseph C. Spero to be held in January of 2013 and

9   that the initial Case Management Conference, and all dates associated therewith, including the

10  filing of the joint case management conference statement, initial disclosures and filing of Rule

11  26(f) Report, be continued until after the settlement conference;

12  THEREFORE, AND PURSUANT TO THIS COURT'S LOCAL RULE 16(d), Ledson

13  and Vigilant propose the following revised case management schedule:

14  Date of initial Case Management Conference:  Monday, March 18, 2013 at 2:00 p.m.;

15  Filing of Joint Case Management Conference Statement:  March 4, 2013;

16  Last Day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule

17  26(f) Report:  March 11, 2013;

18  Last Day to meet and confer regarding initial disclosures and discovery plan:

19  February 25, 2013.

20  IT IS SO STIPULATED.

21  DATED:  October 19, 2012                    SPAULDING McCULLOUGH & TANSIL LLP

22
                                                By:  __/s/ Mary P. Derner_____
23                                                   Greg G. Spaulding
                                                     Mary P. Derner
24                                                   Attorneys for Plaintiff
                                                     STEVE LEDSON, doing business as
25                                                   LEDSON WINERY & VINEYARDS

26

27

28
    STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT
    CONFERENCE AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE - 2 -

G:\docs\P3673\110998.DOC

1 | DATED: October 19, 2012  NEWTON REMMEL

By: __/s/ Stephen L. Newton_____
Stephen L. Newton
Lenell Topol McCallum
Attorneys for Defendant
VIGILANT INSURANCE COMPANY

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 23, 2012

_____
JUDGE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE - 3 -