G:\docs\P3673\110998.DOC

1  Stephen L. Newton (#57897)
   Lenell Topol McCallum (#84024)
2  NEWTON REMMEL
   A Professional Corporation
3  1451 Grant Road, P.O. Box 1059
   Mountain View, CA  94042
4  Telephone:  (650) 903-0500
   Facsimile:  (650) 967-5800
5  Email:  snewton@newtonremmel.com
           lmccallum@newtonremmel.com
6
7  Attorneys for Defendant
   VIGILANT INSURANCE COMPANY

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12  STEVE LEDSON, doing business as      )  Case No.:  CV 12-04275 YGR
    LEDSON WINERY & VINEYARDS,           )
13                                       )  STIPULATION AND [PROPOSED]
                                         )  ORDER RE CONTINUANCE OF CASE
14             Plaintiff,                )  MANAGEMENT CONFERENCE AND
                                         )  REFERRAL TO MAGISTRATE
15       vs.                             )  JUDGE FOR SETTLEMENT
                                         )  CONFERENCE
16  VIGILANT INSURANCE COMPANY, a        )
    New York corporation and DOES 1 through )
17  20,                                  )
                                         )
18                                       )
               Defendants.               )
19  ─────────────────────────────────── )  Complaint Filed:    July 13, 2012
                                         )  Trial Date:         Not Set

20          Plaintiff STEVE LEDSON, doing business as LEDSON WINERY & VINEYARDS

21  ("Ledson"), and Defendant VIGILANT INSURANCE COMPANY ("Vigilant"), by and

22  through their undersigned counsel, hereby stipulate as follows:

23          WHEREAS, the initial Case Management Conference is currently set for Monday

24  December 3, 2012;

25          WHEREAS, Ledson and Vigilant desire to attempt to resolve their dispute in a just,

26  timely and cost-effective manner;

27

28

G:\docs\P3673\110998.DOC

1 WHEREAS, Ledson and Vigilant have agreed to engage in the informal exchange of

2 documents in order to facilitate an early resolution of this matter;

3 WHEREAS, Ledson and Vigilant prefer to appear before a judicial officer and their

4 counsel believe that a settlement conference will more likely meet their needs than any other

5 form of ADR inasmuch as the parties were unsuccessful in resolving their dispute by private

6 mediation on June 6, 2012, prior to the filing of the complaint herein;

7 WHEREAS, Ledson and Vigilant request that this case be referred to a judicially hosted

8 settlement conference with Magistrate Judge Joseph C. Spero to be held in January of 2013 and

9 that the initial Case Management Conference, and all dates associated therewith, including the

10 filing of the joint case management conference statement, initial disclosures and filing of Rule

11 26(f) Report, be continued until after the settlement conference;

12 THEREFORE, AND PURSUANT TO THIS COURT'S LOCAL RULE 16(d), Ledson

13 and Vigilant propose the following revised case management schedule:

14 Date of initial Case Management Conference:  Monday, March 18, 2013 at 2:00 p.m.;

15 Filing of Joint Case Management Conference Statement:  March 4, 2013;

16 Last Day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule

17 26(f) Report:  March 11, 2013;

18 Last Day to meet and confer regarding initial disclosures and discovery plan:

19 February 25, 2013.

20 IT IS SO STIPULATED.

21 DATED:  October 19, 2012  SPAULDING McCULLOUGH & TANSIL LLP

22

23    By: __/s/ Mary P. Derner_____
     Greg G. Spaulding

24     Mary P. Derner
     Attorneys for Plaintiff

25     STEVE LEDSON, doing business as
     LEDSON WINERY & VINEYARDS

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE - 2 -

G:\docs\P3673\110998.DOC

1   DATED:  October 19, 2012                    NEWTON REMMEL

2
                                               By:  __/s/ Stephen L. Newton_____
3                                                    Stephen L. Newton
                                                     Lenell Topol McCallum
4                                                    Attorneys for Defendant
                                                     VIGILANT INSURANCE COMPANY
5

6

7                                    **ORDER**

8           PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10    Date: October 23, 2012          _____
                                      JUDGE YVONNE GONZALEZ ROGERS
11                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
      STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT
      CONFERENCE AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE - 3 -